IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEONARD THOMAS WALKER,

    Plaintiff,

vs.                                  Case No. 3:09cv337/MCR/MD

UNITED STATES ATTORNEY,
DISTRICT OF FLORIDA
PENSACOLA DIVISION,

    Defendant.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to strike and to dismiss (doc. 16) is GRANTED.

DONE AND ORDERED this 9th day of April, 2010.

                                                       s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS**
                                                       **UNITED STATES DISTRICT JUDGE**